01
02
03
04
05
06
07
08
09
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR06-421-JLR |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| ERNEST M. ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offenses charged:

Count 1:  Conspiracy to Defraud the United States with Respect to Claims, in violation of 18 U.S.C. § 286.

Counts 3 and 6:  False Claims to IRS, in violation of 18 U.S.C. § 287.

Counts 11 through 13:  Fraudulent Use of Another Person's Identification, in violation of 18 U.S.C. §§ 1028 (a)(7) and (b)(1)(D).

Count 15:  Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349.

Date of Detention Hearing:    November 17, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant has a background history of failures to appear in Court as required.

01 There is an outstanding warrant in the State of Oregon.

02       (2)     On September 28, 2005, the defendant was placed on State of Washington

03 DOC supervision, yet has never reported for supervision purposes.  He has a history of

04 failures to comply with court orders.

05       (3)     The AUSA has proffered that the defendant fled to Oregon when he learned of

06 the IRS investigation relating to the charges in this case.  He then allegedly began to open

07 businesses fraudulently in Oregon under his brother's name.

08       (4)     The defendant has family ties to Canada.

09       (5)     There appear to be no conditions or combination of conditions other than

10 detention that will reasonably address the risk of flight.  In addition, based on the charges, the

11 presents the risk of economic danger to the community, which cannot be reasonably

12 addressed by means other than detention.

13      IT IS THEREFORE ORDERED:

14       (1)     Defendant shall be detained pending trial and committed to the custody of the

15                 Attorney General for confinement in a correction facility separate, to the

16                 extent practicable, from persons awaiting or serving sentences or being held in

17                 custody pending appeal;

18       (2)     Defendant shall be afforded reasonable opportunity for private consultation

19                 with counsel;

20       (3)     On order of a court of the United States or on request of an attorney for the

21                 government, the person in charge of the corrections facility in which

22                 defendant is confined shall deliver the defendant to a United States Marshal

23                 for the purpose of an appearance in connection with a court proceeding; and

24       (4)     The Clerk shall direct copies of this Order to counsel for the United States, to

25                 counsel for the defendant, to the United States Marshal, and to the United

26                 States Pretrial Services Officer.

DETENTION ORDER                         15.13
18 U.S.C. § 3142(i)                        Rev. 1/91
PAGE 2

01          DATED this 20th day of November, 2006.

02

03                                              _James P. Donohue_

04                                              JAMES P. DONOHUE
                                                United States Magistrate Judge
05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                          Rev. 1/91
PAGE 3